# UNITED STATES DISTRICT COURT
# RHODE ISLAND

UNITED STATES OF AMERICA
RESPONDENT

Vs.

DOUGLAS REARDON
PETITIONER

DOCKET #1:04CR00067-02S

MOTION FOR DIRECT APPEAL

DEFENDANT REARDON, 'HEREINAFTER' PETITIONER, BRINGS FORTH TO THE HONORABLE COURT, THIS MOTION FOR DIRECT APPEAL. PETITIONER BASES HIS CLAIM ON THE FOLLOWING CONSTITUTIONAL VIOLATIONS, e.g. Violation of SIXTH AMEND-MENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL IN WHICH PETITIONER WAS COERCED INTO ACCEPTING PLEA AGREEMENT. PETITIONER STATES THAT HE PLED GUILTY TO COUNTS #1 AND #2, OF THE CHARGE OF BANK ROBBERY, IN EXCHANGE FOR THE LOW END OF THE SENTENCING GUIDELINES. FURTHERMORE, PETITIONER STATES THAT HE WAS ILLEGALLY

ENHANCED BY EIGHT (8) MONTHS, FOR THE COUNT #2 OF THE CHARGE OF BANK ROBBERY. PETITIONER ASSERTS HIS CLAIM OF CONSTITUTIONAL RIGHT TO BE HEARD BY A JURY IN ANY INSTANCE THAT THE COURT SHOULD ENHANCE HIS SENTENCE BY ANY SUBSTANTIAL AMOUNT. PETITIONER WAS ENHANCED EIGHT MONTHS FOR THE 2ND COUNT OF BANK ROBBERY. PETITIONER STATES THAT THE PRE SENTENCE INVESTIGATION AND PLEA AGREE-MENT STIPULATED A SENTENCE OF 70 MONTHS, THAT WHICH WAS illegally ENHANCED BY THE COURTS, AND NOT A JURY.
(PETITIONER IS PRESENTLY SERVING A SENTENCE OF 78 MONTHS)

PETITIONER PRAYS FOR THE CAREFUL CONSIDERATION IN THE FORESUBMITTED MOTION FOR DIRECT APPEAL.

PETITIONER RESPECTFULLY SUBMITS HEREFORE TO THE HONORABLE COURTS, THANK YOU.

RESPECTFULLY SUBMITTED,

[signature]

DOUGLAS REARDON •PETITIONER•
#05473-070

10/26/05
DATE

CC:
CLERK OF COURTS

# CERTIFICATE OF SERVICE

I, DOUGLAS REARDON # 05473-070, HAVE PLACED THE FOLLOWING DOCUMENTS INTO THE US-OUT-going mailbox, via P.M. C.O. @ USP-LEW, ON OCTOBER 26, 2005 WITH PROPER POSTAGE, ADDRESSED TO THE UNITED STATES DISTRICT COURT - CLERK OF COURTS, PROVIDENCE, R.I..

THE FOLLOWING DOCUMENTS ARE; 1) MOTION FOR DIRECT APPEAL, 2) CERTIFICATE OF SERVICE AND, 3) CERTIFICATE OF IDENTITY.

I HEREBY DO DEPOSE THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

10/26/05

DOUGLAS REARDON DATE

#05473-070
P.O. BOX 1000
LEWISBURG, PA 17837

CC: CLERK OF COURTS
US DISTRICT COURT

# CERTIFICATE OF IDENTITY

I, DOUGLAS REARDON #05473-070, THE UNDERSIGNED DO HEREBY DEPOSE AND STATE THAT THE FOREGOING IS TRUE AND ACCURATE UNDER PENALTY OF PERJURY.

I, DOUGLAS REARDON HEREBY IDENTIFIED BY MY NAME, # AND SIGNATURE AM WHO I STATE TO BE, AND AM IN FACT THE PETITIONER WHO BRINGS FORTH THE MOTION FOR DIRECT APPEAL, TO THE HONORABLE COURTS.

UNDER PENALTY AND PAINS OF PERJURY, THE FOREGOING IS TRUE AND ACCURATE.

[signature] 10/26/05

DOUGLAS REARDON DATE

#05473-070

P.O. BOX 1000

LEWISBURG, PA 17837

CC: CLERK OF COURTS