MANDATE

04-67
USDC/RI
Judge Smith

# United States Court of Appeals
## For the First Circuit

No. 05-2669

UNITED STATES,

Appellee,

v.

DOUGLAS REARDON,

Defendant-Appellant.

Before
Torruella, Selya and Lipez,
Circuit Judges.

**JUDGMENT**
**Entered: December 6, 2005**

Counsel in this direct criminal appeal has moved to withdraw on the ground that the notice of appeal raises allegations of ineffective assistance of counsel. Counsel further suggests that new counsel should be appointed. However, the defendant's pro se notice of appeal, filed on October 31, 2005, in CR No. 04-0067 (D.R.I.), from the sentence that entered on November 4, 2004, is incurably tardy. Although we flagged the timeliness issue in a show cause order dated November 15, 2005, neither counsel nor defendant (who was served personally with a copy of the show cause order) has argued otherwise. Under the circumstances, the appeal is dismissed as untimely and counsel's request to withdraw is allowed. See 1st Cir. R. 27(c).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:____________________
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Susan Pedran
**Deputy Clerk**

**Date:** 12-27-05

[cc: Douglas Reardon, Edward C. Roy, Jr., AFPD, Andrew J. Reich, AUSA]